158 A.3d 87

FS PARTNERS, Petitioner

v.

YORK COUNTY TAX CLAIM BUREAU
and Thomas R. Steele, Respondents

No. 202 MAL 2016

Supreme Court of Pennsylvania.

September 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**